UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURNO MATERIALS, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER WRIGHT, et al.<br><br>Defendants. | No. 1:26-cv-14131-NMG |

**DEFENDANTS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME <u>TO RESPOND TO THE COMPLAINT</u>**

Defendants respectfully move for an extension of time, up to and including Friday, December 4, 2026, to respond to the Complaint (Doc No. 1, "Complaint"). In support of this motion, Defendants state:

1. Plaintiffs filed Complaint on September 9, 2026.

2. As grounds for this motion, counsel for the parties have communicated and Parties seek additional time to continue to confer in an attempt to resolve the allegations contained in the Complaint.

WHEREFORE, Defendants respectfully request that the Court allow their motion and permit up to and including Friday, December 4, 2026, to respond to the Complaint.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that today Defendants' counsel communicated with Plaintiffs' counsel, Jamie Crooks, and he assented to the filing of this motion.

Dated: November 5, 2026 By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 5, 2026 By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney